IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-01635-MSK-KMT | Date: | May 26, 2015 |
| Courtroom Deputy: | Laura Galera | FTR: | Courtroom C-201 |

*Parties:*                                                                                         *Counsel:*

MONTFIEW BOULEVARD PRESBYTERIAN                    Angela Schmitz
CHURCH                                                                                  Marie Drake


   Plaintiffs,

v.

CHURCH MUTUAL INSURANCE COMPANY          James DuChateau


   Defendant.

---

### COURTROOM MINUTES

---

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Argument by counsel as to the Motion to Compel Plaintiff's Compliance with Written Discovery and for Ruling on its Outstanding Objections Thereto #[43].

Defense counsel withdraws the request as to Interrogatory #18.

**ORDERED**: The Motion is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED as to Requests for Production #6 and #14.  Plaintiff is ordered to provide the requested information as well as an affidavit outlining the search methods used.  The motion is DENIED as to the request for historical repair documentation prior to the date of the loss.  The motion is GRANTED as to Interrogatory #17 for the reasons as stated on the record.  The motion is GRANTED as to Interrogatory #9. Plaintiff is ordered to supplement its response as stated on the record.

**2:33 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time   01:00

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.