IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01635-MSK-KMT | Date: | September 3, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                          *Counsel:*

MONTVIEW BOULEVARD PRESBYTERIAN           Angela Schmitz
CHURCH, a Colorado nonprofit corporation,

  Plaintiff,

v.

CHURCH MUTUAL INSURANCE COMPANY, a        Samuel Stalker
Wisconsin insurance company,

  Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:24 p.m.**      **Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding deposition of Defendant's attorney, Nick Cassidy.  Nick Cassidy is currently not an active attorney in the case.

**ORDERED:  Defendant's Motion to Quash and for Entry of a Protective Order [66] is
            GRANTED, for reasons stated on record.**

Mr. Stalker requests leave to file counterclaims.  Court advises counsel to file a written motion.

**2:00 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    00:36

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.