IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No:     14-cv-01635-MSK-KMT             Date:   September 30, 2015
Courtroom Deputy:    Sabrina Grimm                   FTR:    Courtroom C-201

*Parties:*                                           *Counsel:*

MONTVIEW BOULEVARD PRESBYTERIAN                      Marie Drake
CHURCH, a Colorado nonprofit corporation,            Angela Schmitz

    Plaintiff,

v.

CHURCH MUTUAL INSURANCE COMPANY, a                   Scott Hoyne
Wisconsin insurance company,

    Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**10:08 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding Defendant's counterclaim and the compensation scheme for the appraisal.

**ORDERED: Defendant's Motion for Leave to File Counterclaim and to Reopen Discovery [76] is GRANTED. Defendant is permitted to file its counterclaim, limited to the allegation of an improper appraisal process, on or before October 2, 2015. Plaintiff shall file an answer, or other responsive pleading, on or before October 16, 2015.**

Plaintiff's oral motion to reconsider ruling from September 3, 2015 regarding the deposition of Nicholas Cassidy by Ms. Schmitz. Court advises counsel to file a written motion to reconsider the prior ruling in light of the allowance of the counterclaim regarding the appraisal process.

Discussion regarding discovery limitations and case scheduling.

**ORDERED:**   **The following discovery limitations and deadlines are extended for the limited purpose of discovery on the subject matter of the counterclaim.**
- **Discovery cut off - January 28, 2016**
- **Each side shall be limited to five depositions.**
- **Depositions shall not exceed four hours, without prior agreement or absent leave of court.**
- **Each side shall be limited to 20 interrogatories, 20 requests for production of documents and 20 requests for admissions.**

Court finds there are exceptional circumstances that warrant an extension of the dispositive motions deadline.

**ORDERED:**   **The dispositive motions deadline is extended to March 13, 2016 for all purposes.**

**10:42 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time    00:34

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.