IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01635-MSK-KMT | Date: | December 17, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                                  *Counsel:*

MONTVIEW BOULEVARD PRESBYTERIAN                      Angela Schmidt
CHURCH, a Colorado nonprofit corporation,

   Plaintiff/Counterclaim Defendant,

v.

CHURCH MUTUAL INSURANCE COMPANY, a                   Jessica Schultz
Wisconsin insurance company,                          Scott Hoyne

   Defendant/Counterclaim Plaintiff.

## COURTROOM MINUTES

**MOTION HEARING**

**1:39 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Also present, Eric Jonsen for Joseph Lutz, Stuart Bennett and Mary Ellen Wilkie for John Kezer, Anthony Converse for Atlantis Claims Service, LLC, and David Furtado for Phillip Coutu.

Discussion and argument regarding confidentiality documents with respect to a Mr. Lutz, reimbursement to comply with subpoena, bank account information, and tax return information.

Court advises counsel that any documents received based on the hearing held today cannot be utilized in any other case for any purpose.

**ORDERED:   Counter-Plaintiff Church Mutual Insurance Company's Motion for Ruling on Third-Party Joseph Lutz, CPA's Objections to Its Rule 45 Document Subpoenas [111] is GRANTED. Mr. Lutz shall produce unredacted tax returns to Counter-Plaintiff, as requested, on or before January 8, 2016. Counter-Plaintiff shall compensate Mr. Lutz for two hours of his time at the rate of $200 per hour to comply with the subpoena. Counsel is directed to**

> **consider the tax returns as confidential documents until a protective order is in place.**

Mr. Jonsen is excused from the remainder of the hearing.

Discussion and argument regarding bank account information with respect to Mr. Bensusan and Mr. Coutu's business entities, and discovery deadlines for the counterclaim.

**ORDERED:** **Non-Party Atlantis Claims Services, LLC's Motion to Quash and for Protective Order Limiting Scope of Non-Party Subpoenas and Request for Hearing [104] is GRANTED IN PART AND DENIED IN PART, consistent with the discussions held at today's hearing.**

**ORDERED:** **Non-Party Phillip Coutu's Motion to Quash and for Protective Order Limiting the Scope of Non-Party Subpoenas and Request for Hearing [110] is DENIED, as discussed.**

Court advises parties to meet and confer regarding Church Mutual Insurance Company's Motion for Ruling on Non-Party Leon Bensusan's Objections to its Rule 45 Document Subpoena and His Demand for Compensation [129] in light of the rulings made at this hearing.

Discussion and argument regarding John Kezer's participation of the appraisal proceeding.

**ORDERED:** **Non-Party John Kezer's Motion to Quash Subpoena With Authority [103] is TAKEN UNDER ADVISEMENT.**

Discussion regarding deposition scheduling.

**5:33 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    03:55

\*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.